IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>vs.<br><br>FELIPE MARTINEZ-HERNANDEZ,<br><br>            Defendant. | CASE NO: **4:15MJ3004**<br><br>**DETENTION ORDER** |

The defendant poses a serious risk of flight if released.  On the government's motion, the court afforded the defendant an opportunity for a detention hearing under the Bail Reform Act, 18 U.S.C. § 3142(f).  The court concludes the defendant must be detained pending trial.

Based on the information of record, the court finds by a preponderance of the evidence that the defendant's release would pose a risk of nonappearance at court proceedings.

Specifically, the court finds that the defendant has a criminal record which indicates a propensity to violate the law; is not a United States citizen, is subject to an ICE detainer, and faces deportation; has substantial contacts with a foreign country and could flee the country before trial; waived the right to a detention hearing; and conditions which restrict Defendant's travel, personal contacts, and possession of drugs, alcohol, and/or firearms; require reporting, education, employment, or treatment; or monitor Defendant's movements or conduct; or any combination of these conditions or others currently proposed or available (see 18 U.S.C. § 3142(c)), will not sufficiently ameliorate the risks posed if the defendant is released.

Dated January 23, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge